**Oliver Kareem PHILLIPS, Plaintiff–Appellant,**

v.

**Terrence W. BOYLE, Defendant–Appellee.**

No. 16–6121

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Oliver Kareem Phillips, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver Kareem Phillips appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Phillips v. Boyle, No. 5:15–ct–03327–FL (E.D.N.C. Jan. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED